IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE A. KITTERMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00500-MAB |
| | ) |
| BRENDAN KELLY, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal filed on June 4, 2021 (Doc. 92) and the Order entered on June 7, 2021 (Doc. 93), this action is voluntarily **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), each party to bear its own costs and fees.

DATED: June 7, 2021

                                                        **MARGARET M. ROBERTIE,**
                                                        **Clerk of Court**

                                                        BY:  /s/ *Jennifer Jones*
                                                               **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                     **MARK A. BEATTY**
                     **United States Magistrate Judge**